UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| DEVON A. YOUNG, | : | CIV. NO. 21-2675 (RMB) |
| | : | |
| Petitioner | : | |
| v. | : | **ORDER TO EXTEND TIME AND SEAL RECORDS** |
| | : | |
| | : | |
| DAVID ORTIZ, | : | |
| | : | |
| Respondent | : | |

_____

Petitioner, Devon A. Young, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed an emergency petition for writ of habeas corpus under 28 U.S.C. § 2241, alleging the conditions of confinement, the spread of COVID-19 in prison, violate the Eighth Amendment because he has chronic medical conditions that put him at risk of serious illness if infected. (Pet., Dkt. No. 1.) On February 18, 2021, the Court ordered Respondent to file an expedited answer. (Order, Dkt. No. 2.) Respondent filed a letter request for an extension of time to answer, with supporting exhibits establishing that Petitioner has received both doses of the Pfizer vaccine, therefore, expediency of an answer to the petition is not required. (Letter Request, Dkt. No. 5.) For good cause shown, the Court will extend time for Respondent to file an answer to the petition and permanently seal the medical records submitted by Respondent.

**IT IS** therefore on this **22nd day of February 2021**,

**ORDERED** that Respondent's request for an extension of time to

file an answer (Dkt. No. 5) is **GRANTED**; Respondent shall file an answer to the petition within 45 days of the date of this Order; Petitioner may file a reply within 45 days of service of Respondent's answer; and it is further

**ORDERED** that pursuant to Local Civil Rule 5.3(c)(3), the Clerk shall **maintain under seal** the Declaration of John Stinson and the attached exhibits (Dkt. No. 4) that contain medical records which are necessary for disposition of the petition and contain sensitive, personal information over which Petitioner has a strong interest in privacy that outweighs the public interest in viewing the records; if Petitioner has an objection to sealing his medical records, he may file a motion for reconsideration within 14 days of the date of this Order; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Petitioner by regular U.S. mail.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**
