

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DEVON YOUNG vs DAVID E. ORTIZ [WARDEN].

Civil Action No. 21-2675(RMB)

HON. RENEE MARIE BUMB, U.S.D.J.

ATT# Clerk of The Court:

Comes now Devon Young, pro-se) hereby respectfully request (You) the Clerk of Court to please remove the first 14 pages of my motion for writ of habeas corpus under 28 U.S.C. § 2241, where staff here at FCI Fort-Dix sent the wrong papers by mistake and Young is resending his motion and requesting you the clerk of the court to apply same Exhibits A-B- And Young Reentry Plan, to recent motion. dated: 4-29-2021.

I Thank You so much for your time.

/s/ _____Devon Young_____
        Devon Young

4-29-2021